431

No. 69302.—Doris Trading Corp. *v.* United States, protest 59/26174 (New York).

Opinion by FORD, J.  The motion was granted and the protest was dismissed.

No. 69303.—Devon Tape Corp. *v.* United States, protests 64/25008 and 64/25024 (New York).

Opinion by NICHOLS, J.  In accordance with stipulation of counsel that the merchandise consists of vinyl tape, coated on one side with an adhesive, similar in all material respects to that the subject of Abstract 67888, the claim of the plaintiff was sustained.

No. 69304.—Davies, Turner & Co. *v.* United States, protests 64/12324 and 63/15659 (Philadelphia).

Opinion by NICHOLS, J.  In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.